*mch*
CCM: 2026R00260

FILED
LOGGED
ENTERED
RECEIVED

APR 13 2026

CLERK, AT BALTIMORE
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TJS-26-129 |
| | * | |
| TILSON SANTAMARIA-ORELLANA, | * | (Improper Entry by Alien, 8 U.S.C. § 1325(a)) |
| | * | |
| Defendant. | * | |

*******

## INFORMATION

### COUNT ONE
(Improper Entry by Alien)

The United States Attorney for the District of Maryland charges that:

In or about March 16, 2026, the defendant,

**TILSON SANTAMARIA-ORELLANA,**

an alien, entered the United States and eluded examination or inspection by immigration officers.

8 U.S.C. § 1325(a)

Date: 4/13/2026

Digitally signed
by CALVIN
MINER
Date: 2026.04.13
06:00:44 -04'00'

_Kelly Hayes_
Kelly O. Hayes
United States Attorney